**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

ROBERTA KELLY,                          )
                    Plaintiff,          )      No. 03:11-cv-00949-HU
                                        )
vs.                                     )
                                        )
C. MARIE ECKERT, *et al.*,              )   **FINDINGS AND RECOMMENDATION**
                                        )
                    Defendants.         )

_____

Roberta Kelly
5109 N.E. Ainsworth Street
Portland, OR 97218

HUBEL, United States Magistrate Judge:

    This matter was initiated by the plaintiff Roberta Kelly with the filing of a Complaint on August 5, 2011.  Dkt. #1.  Kelly subsequently filed an application to proceed *in forma pauperis*, a motion for protective order and restraining order, a second motion for protective order and restraining order, and two requests for service of Summons and Complaint.  Dkt. ##3-7.

    On August 11, 2011, the Honorable Anna J. Brown entered an order granting Kelly's application to proceed *in forma pauperis*,

1 - FINDINGS AND RECOMMENDATIONS

1  but dismissing her Complaint in its entirety.   Dkt. #8.   Judge
2  Brown found that Kelly had made insufficient factual allegations to
3  establish a violation of any federal or constitutional law, and
4  therefore the court lacked subject matter jurisdiction over the
5  Complaint.   Judge Brown further found the court lacked any juris-
6  dictional basis to rule on Kelly's motions for protective order and
7  restraining order, noting the motions appeared to be based on
8  disputes governed solely by Oregon law.  *Id.*

9      Judge Brown dismissed the Complaint without prejudice,
10  allowing Kelly leave to file an amended pleading by September 1,
11  2011, "to allege facts that establish this Court has subject-matter
12  jurisdiction and to cure the remaining deficiencies of her
13  Complaint as set forth [in the Order]."  *Id.*, p. 8.

14      On August 12, 2011, Kelly filed an Amended Complaint that,
15  among other things, added Judge Brown as a party defendant.   Dkt.
16  #11.   The case, therefore, was reassigned to the undersigned.

17      On the same date, August 12, 2011, Kelly filed a new case that
18  was assigned case number 03:11-cv-00975-HU.   The Complaint in that
19  case was identical in all respects to the Amended Complaint filed
20  by Kelly in the present case.   *Compare* Dkt. #1 in No. 03:11-cv-
21  00975-HU *with* Dkt. #11 in No. 03:11-cv-00949-HU.   Because the cases
22  involved the same claims and parties, I consolidated the two cases
23  under the first-filed case number.   *See* Dkt. #14 in 03:11-cv-00949-
24  HU.   I now submit the following Findings and Recommendation for
25  disposition of the consolidated case pursuant to 28 U.S.C.
26  § 636(b)(1)(B).

27      Kelly still has not alleged facts sufficient to establish this
28  court's jurisdiction over her claims.   In a paragraph under the

2 - FINDINGS AND RECOMMENDATIONS

heading "Jurisdiction," she states that she is "a sovereign citizen of both the States of Oregon and Washington," and "of the United States of America," and she claims she brings this action "under the provisions of Article III of the United States Constitution." Dkt. #11, p. 1.  She makes no further allegations to establish that the court has jurisdiction over any of the claims she attempts to raise in her Complaint.  Indeed, her claims are incomprehensible. She incorporates, by reference, "[t]he voluminous filings" in five other cases, identified only by number.[1]  She makes reference to "corruption in the courts beginning with Eminent Domain in the State of Washington," but otherwise makes no factual allegations

---

[1]The cases cited by Kelly include the following:
- 03:08-cv-01421-AC, an action filed by Kelly to prevent judicial foreclosure of her home.  The case was removed to this court by the defendant U.S. Bank.  Ultimately, U.S. Bank's motion for summary judgment was granted, and on December 9, 2010, judgment was entered for the bank.
- "U.S.9Cir. 10-36144" Kelly's appeal to the Ninth Circuit Court of Appeals of the judgment entered in 03:08-cv-1421-AC.  On July 6, 2011, the appellate court summarily affirmed the district court's judgment.
- 03:09-cv-01125-KI (D. Or.), an action filed by Kelly alleging police misconduct in connection with officers' response to a domestic violence complaint involving Kelly and her husband.  On February 15, 2011, Judge King dismissed the case with prejudice for Kelly's failure to comply with orders of the court; specifically, her failure to appear for telephone conferences and for a show-cause hearing.
- 03:11-cv-00211-ST, an action filed by Kelly against numerous defendants including, among others, Warren Buffet.  In findings and recommendation that the case be dismissed, the Honorable Janice M. Stewart found Kelly's Complaint and subsequent motions and statements to be "unintelligible."  On July 27, 2011, the Honorable Anna J. Brown adopted Judge Stewart's recommendation, denied all pending motions, and dismissed the case with prejudice.
- "10-36111" - the court is unable to determine in what court this case was filed, what claims were made, or the current status of the case.

3 - FINDINGS AND RECOMMENDATIONS

1    against any of the named defendants except Judge Brown. *Id.*, p. 2.
2    As to Judge Brown, Kelly asserts her "Bill of Rights" were
3    "breach[ed]" because Judge Brown did not afford Kelly a hearing on
4    her motions "according to the rule of law." *Id.*, p. 3.

5    Kelly has already been granted the opportunity to amend her
6    pleading.  In addition, in Judge Brown's Opinion and Order of
7    August 11, 2011, she advised Kelly that the court would not
8    "address any further actions against judicial officers of this
9    Court who[] are immune to lawsuit for their official acts," nor
10   would the court "consider any further pleadings in this matter
11   until the jurisdiction of this Court has been established."
12   Dkt. #8, pp. 8-9.  Kelly has filed several motions in these cases,
13   and she continues to name judges of this court as defendants.  Her
14   allegations are incomprehensible, but do not in any way appear to
15   raise claims arising under federal law.

16   As for Kelly's attempt to incorporate by reference all of the
17   filings in her previous cases, Judge Brown noted that "the Court is
18   not obliged to cull through [Kelly's] filings from other cases to
19   determine whether some basis for federal jurisdiction over this
20   matter may be cobbled together." Dkt. #8, p. 7.  The same analysis
21   applies to Kelly's renewed attempt to incorporate other case
22   documents by reference in her Amended Complaint.

23   For these reasons, I recommend the consolidated action be
24   dismissed, and all pending motions filed by any party[2] be denied as
25   moot.

26

27        [2]On September 9, 2011, Jeffrey S. Cogen filed a motion, Dkt.
28   #12 in Case No. 03:11-cv-00975-HU, to dismiss or in the alternative
     for a more definite statement.

4 - FINDINGS AND RECOMMENDATIONS

***SCHEDULING ORDER***

These Findings and Recommendation will be referred to a district judge.  Objections, if any, are due by **October 3, 2011.** If no objections are filed, then the Findings and Recommendations will go under advisement on that date.  If objections are filed, then any response is due by **October 21, 2011.**  By the earlier of the response due date or the date a response is filed, the Findings and Recommendations will go under advisement.

IT IS SO ORDERED.

Dated this _14th day of September 2011.


/s/ Dennis J. Hubel

_____
Dennis James Hubel
Unites States Magistrate Judge

5 - FINDINGS AND RECOMMENDATIONS